**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DONTISSA WILMER,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-CV-5775** |
| | : | |
| **ABINGTON TOWNSHIP,** | : | |
| **Defendant.** | : | |

**ORDER**

AND NOW, this 16th day of October, 2026, upon consideration of Plaintiff Dontissa Wilmer's *pro se* Motion to Proceed *In Forma Pauperis* (ECF No. 1) and Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction for the reasons stated in the Court's Memorandum.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**



**MIA R. PEREZ, J.**